# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alan Richard DeLong | CHAPTER 13 |
| | BKY. NO. 18-15420 ELF |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank as servicer for LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

> Respectfully submitted,
> **/s/ Kevin G. McDonald, Esq.**
> Kevin G. McDonald, Esquire
> KML Law Group, P.C.
> 701 Market Street, Suite 5000
> Philadelphia, PA 19106-1532
> (215) 627-1322