# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-15420-ELF

ALAN RICHARD DELONG

4521 E. CAMPBELL ROAD

PENNSBURG, PA 18073

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ALAN RICHARD DELONG

4521 E. CAMPBELL ROAD

PENNSBURG, PA 18073

**Counsel for debtor(s), by electronic notice only.**
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 10/19/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee