IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |
|---|---|
| In re:<br>Alan Delong<br><br>Debtor(s) | Chapter:    13<br>Case Number:    18-15420-ELF<br>Assigned to the Honorable:<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

COLLINS ASSET GROUP, LLC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that COLLINS ASSET GROUP, LLC. be given and served with all notices given or required to be given in the case as follows:

COLLINS ASSET GROUP, LLC.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/30/18
Account Number: ******6562

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
   Attorneys for Creditor
   COLLINS ASSET GROUP, LLC.
   3936 E Ft Lowell Rd Suite 200
   Tucson, AZ  85712-1083
   (520) 577-1544
   ecf@bass-associates.com