UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Alan Richard DeLong | ) | Chapter 13 |
| | ) | |
| | ) | 18-15420 ELF |

**CERTIFICATION OF NO RESPONSE/OBJECTION**

I, Albert J. Scarafone, Esquire, counsel for Debtor, hereby certify that as of June 3, 2019 I have received no response or objection by any creditor or party in interest, either verbally or in writing, to Debtor's Motion To Abate Plan Payments and Modify Plan After Confirmation in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000