# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15420-ELF

ALAN RICHARD DELONG

4521 E. CAMPBELL ROAD

PENNSBURG, PA 18073

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALAN RICHARD DELONG

    4521 E. CAMPBELL ROAD

    PENNSBURG, PA 18073

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE
    1717 SWEDE RD
    SUITE 200
    BLUE BELL, PA 19422

Date: 6/17/2019

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee