UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Alan Richard DeLong | ) | Chapter 13 |
| | ) | |
| | ) | 18-15420 ELF |

**CERTIFICATION OF NO RESPONSE**

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of July 16, 2019, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000