# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Alan Richard DeLong
                     Debtor

LAKEVIEW LOAN SERVICING LLC
                     Movant
   vs.

Alan Richard DeLong
                     Debtor

and William C. Miller Esq.
                     Trustee

Chapter 13

NO. 18-15420 ELF

## ORDER

AND NOW, this 28th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 30, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow LAKEVIEW LOAN SERVICING LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4521 East Campbell Road Pennsburg, PA 18073.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**