```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-15420-elf
Alan Richard DeLong                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2            Date Rcvd: Nov 27, 2019
                              Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db             Alan Richard DeLong,    4521 East Campbell Road,    Pennsburg, PA 18073-2604
cr            +Collins Asset Group, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
               Tucson, AZ 85712-1083
14235628       Albert J. Scarafone, Esquire,    Hill, Friedland & Scarafone,    1717 Swede Road,    Suite 200,
               Blue Bell, PA 19422-3372
14235318      +Collins Asset Group, LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
14256886      +Global Lending Services, LLC,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14181982       I C System Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
14181983      +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independ,    701 Market Street,
               Philadelphia, PA 19106-1538
14217097      +LAKEVIEW LOAN SERVICING LLC,    PO Box 840,    Buffalo, NY 14240-0840
14181984      +Lakeview Loan Servicing, LLC,    4425 Ponce DeLeon Boulevard,    Mail Stop MS5/251,
               Miami, FL 33146-1837
14181985       M&T Bank,    PO Box 5738,    Springfield, OH 45501-5738
14203606       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
               St. Paul, MN 55116-0408
14181988      +Td Bank Usa / Target Credi,    Ncd-0450po Box 1470,    Minneapolis, MN 55440-1470
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Nov 28 2019 02:48:39     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 02:48:21
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2019 02:48:34     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 02:56:34     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14216909       E-mail/Text: bankruptcy@glsllc.com Nov 28 2019 02:47:13     Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14181981       E-mail/Text: bankruptcy@glsllc.com Nov 28 2019 02:47:13     Global Lending Services,
               PO Box 10437,    Greenville, SC 29603
14181986      +E-mail/PDF: pa_dc_claims@navient.com Nov 28 2019 02:56:18     Navient,   123 Justison Street,
               Wilmington, DE 19801-5363
14182578      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 02:56:17
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14181987      +E-mail/Text: joe.papagno@smscollects.com Nov 28 2019 02:48:45     Source Recovery Services,
               PO Box 486,    Mt Laurel, NJ 08054-0486
14218510      +E-mail/Text: bncmail@w-legal.com Nov 28 2019 02:48:31     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 10
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                  Date Rcvd: Nov 27, 2019
                              Form ID: pdf900            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
         ALBERT J. SCARAFONE, JR.    on behalf of Debtor Alan Richard DeLong scarafone@comcast.net,
          ascarafone@gmail.com;r39418@notify.bestcase.com
         KEVIN G. MCDONALD    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
         TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
ALAN RICHARD DELONG

               Debtor                  Bankruptcy No. 18-15420-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 26, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422

Debtor:
ALAN RICHARD DELONG

4521 E. CAMPBELL ROAD

PENNSBURG, PA 18073